IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED

MAR 2 0 2024

Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § NO. 6:24-CR-24 |
| v. | § |
| | § |
| FEI LIAO | § |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

The petitioner, United States of America, respectfully shows:

The defendant, **Fei Liao,** was charged in an Indictment with violations of 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud), and 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering).

The defendant presently is incarcerated in the Kandiyohi County Jail, in Willmar, Minnesota.

The United States respectfully requests that the Court order the defendant to be in the United States District Court at Tyler, Texas, *Instanter*, for an initial appearance before United States Magistrate Judge K. Nicole Mitchell.

Therefore, petitioner prays this Honorable Court to issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal, Eastern District of Texas, and the Sheriff of Kandiyohi County, in Willmar, Minnesota, to produce the body of said **Fei Liao** before this Honorable Court at Tyler, Texas, *Instanter*, for the stated purpose as duly ordered by this Court.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY


*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
Texas State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas 75702
Tel: 903-590-1400
Fax: 903-590-1436
Email: Robert.Wells3@usdoj.gov