IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:24-CR-24 |
| v. | § | |
| | § | |
| FEI LIAO | § | |

## ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas, and the Sheriff of Kandiyohi County, in Willmar, Minnesota, shall produce and have the body of, said **Fei Liao**, defendant herein, who is detained in the custody of the Sheriff of Sheriff of Kandiyohi County, in Willmar, Minnesota, before the United States District Court for the Eastern District of Texas, Tyler, *Instanter*, the said defendant to appear for an initial appearance and for all further proceedings upon a Complaint pending in the above-styled cause.

So ORDERED and SIGNED this 22nd day of March, 2024.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE