PLEASE EXECUTE THIS ACKNOWLEDGEMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK. (NO POSTAGE NEEDED.)

TO: USM

RE: 6:24-CR-24 #7

RECEIVED: Order for Writ

on this 22nd day of March, 2024.

SIGNED: _____
(Addressee/Agent for Addressee)