| | | | |
|---|---|---|---|
| DATE: | 5/16/2024 | CASE NUMBER | 6:24-CR-00024-JCB |
| LOCATION: | TYLER, TX | UNITED STATES OF AMERICA | |
| JUDGE: | K. NICOLE MITCHELL | V. | |
| DEP.CLERK: | LISA HARDWICK | FEI LIAO | |
| RPTR/ECRO: | LISA HARDWICK | ROBERT WELLS | KEN HAWK |
| USPO: | TAYLOR MURRAY | | |
| INTERPRETER: | -------------------------------- | | |
| START TIME: | 2:07 P.M. | | |
| END TIME: | 2:26 P.M. | | |

☒ Indictment Unsealed in its entirety  ☐ Interpreter

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☒ | Initial Appearance called | ☒ | Initial Appearance held |
| ☒ | Dft Appears with counsel | ☐ | Waiver to proceed by video |
| ☒ | Date of Arrest: 5/3/24 | ☒ | Dft's first appearance |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft advised of right to remain silent |
| ☒ | Dft requested court appointed counsel and was examined re financial status | ☒ | The Court found the dft eligible and appoints: AFPD Ken Hawk |
| ☒ | Gvt made oral Motion for Detention | ☒ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ☐ | Bond set: |
| ☒ | Waiver of Detention | ☒ | Dft advised of the rights of consular notification |
| ☐ | Order of Temporary Detention | ☐ | Detention Hearing set for: |
| ☒ | Order of Detention | ☐ | Arraignment Hearing set for: |
| ☒ | Dft remanded to the custody of the US Marshal | ☐ | Dft released on conditions of bond |