IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 6:24-CR-00024-JCB § § § § § |
| v. | |
| FEI LIAO | |

## WAIVER OF DETENTION HEARING

I, FEI LIAO, charged in a(n) Indictment pending in this District with Violation of 18 U.S.C. § 1349, and 18 U.S.C. § 1956(h) having appeared before the court and been advised of my rights as required by Title 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

Date: 5-16-24

X _____
Defendant

_____
Counsel for Defendant