IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| | § | CASE NUMBER 6:24-CR-00024-JCB |
| v. | § | |
| | § | |
| | § | |
| FEI LIAO, | § | |
| | § | |

## ORDER

This case is set for **Pretrial Conference** on **WEDNESDAY, JULY 10, 2024 at 1:30pm. Jury Selection and Trial set on MONDAY, JULY 15, 2024 at 9:30am** before United States District Judge **J. Campbell Barker**.

It is further ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **MONDAY, JUNE 10, 2024 at 12:00pm.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause for the delay.

ORDERED and SIGNED this 20th day of May 2024.

_____
K. Nicole Mitchell, U.S. Magistrate Judge