UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cr-00024

**United States of America**

v.

**Fei Liao**

# ORDER

Defendant Fei Liao filed an unopposed motion to continue (Doc. 20). That motion is granted. The new deadlines and court settings are as follows:

- Deadline for pretrial motions (except motions for continuance):     October 30, 2024
- Deadline to file motion for continuance or notify the court of a plea agreement:     November 7, 2024 at 12:00 p.m.
- Pretrial conference:     December 4, 2024 at 1:30 p.m.
- Jury selection and trial:     December 9, 2024 at 9:30 a.m.

A speedy trial is desirable, but "a myopic insistence upon expeditiousness in the face of a justifiable request for delay can render the right to defend with counsel an empty formality." *Ungar v. Sarafite*, 376 U.S. 575, 589 (1964). Considering the factors listed in 18 U.S.C. § 3161(h)(7), the ends of justice served by this continuance outweigh the interest of the public and the defendant in a speedy trial.

Counsel for defendant Liao reports that additional time is needed to develop the attorney-client relationship and to adequately prepare for either a resolution by agreement or a contested trial. Doc. 20 at 4. Failure to grant a continuance would create an appreciable likelihood of a miscarriage of justice by failing to give defendant Liao and his attorney enough time to prepare Liao's case. This continuance will ensure counsel the reasonable time necessary for effective

preparation, considering due diligence. Therefore, the period of delay that will result from this continuance is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

*So ordered by the court on August 12, 2024.*

J. CAMPBELL BARKER
United States District Judge