# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 6:24cr24 (Judge Barker/ Mitchell) |
| FEI LIAO | § | |

### O R D E R

On this day came on to be heard Defendant, FEI LIAO , Motion to Seal a Motion for Continuance and the Court having considered the same, it is hereby, in all things, GRANTED and it is hereby ORDERED that the Motion for Continuance is hereby **SEALED**.

So ORDERED and SIGNED this 7th day of April, 2025.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE