IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:24-CR-24 |
| | § | |
| FEI LIAO | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America and the defendant have entered into a written plea agreement in relation to the charges now pending before this Court.

    Respectfully submitted,

    JAY R. COMBS
    ACTING UNITED STATES ATTORNEY

    */s/ Robert Austin Wells*
    ROBERT AUSTIN WELLS
    Assistant United States Attorney
    Texas Bar No. 24033327
    110 North College Avenue, Suite 700
    Tyler, Texas 75702
    (903) 590-1400
    robert.wells3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I filed a true and correct copy of this document through the district court's CM/ECF system on June 26, 2025. All case participants should have received notice of the filing through the CM/ECF system.

*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
