IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CRIM ACTION 6:24-CR-00024-JCB |
| FEI LIAO | § § § | |

## ORDER

On this date, Defendant pled guilty to Count 2 of the Indictment. Count 2 of the Indictment charges Defendant with the offense of Conspiracy to Commit Money Laundering, a violation of 18 U.S.C. § 1956(h). Pursuant to 18 U.S.C. § 3143(a)(1), a defendant found guilty of an offense who is awaiting imposition of sentence shall be detained pending sentencing unless the Court finds, by clear and convincing evidence, that he is not likely to flee or pose a danger to the safety of any other person or the community if released.

Defendant is currently committed to the custody of the United States Marshal. There is no indication that Defendant's circumstances have changed. In light of the foregoing, it is hereby

**ORDERED** that Defendant shall remain **DETAINED** pending sentencing.

So ORDERED and SIGNED this 11th day of July, 2025.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1