IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:24-CR-24 |
| FEI LIAO | § | |

# **PRELIMINARY ORDER OF FORFEITURE**

On July 11, 2025, defendant, **Fei Liao**, pleaded guilty to Count Two of the indictment. Pursuant to 18 U.S.C. § 982(a)(1), the government requests that defendant's right, title, and interest to the following property be forfeited to the United States:

**Currency**

$2,305,233.88 in U.S. currency seized from Citibank account X0912 in the name of Elights Trading on or about October 12, 2023, in Sioux Falls, South Dakota.

**Cash Proceeds**

A sum of money equal to $531,899.00 in U.S. currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as the result of the offense alleged in Count Two of the indictment and relevant conduct, which charges a violation of 18 U.S.C. § 1956(h), conspiracy to commit money laundering, for which the defendant is personally liable.

The United States is now entitled to possession of the above-described property pursuant to 18 U.S.C. § 982(a)(1).

Accordingly, the government's motion for a preliminary order of forfeiture is **granted.**

It is further **ordered** that:

1. Based upon the plea of defendant and the findings entered by the Court, the United States is authorized to seize the above-described property. The property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

2. The forfeited property is to be held by the custodial agency, its agents, and vendors in their custody and control.

3. Pursuant to 21 U.S.C. § 853(n)(1), Supplemental Rule G(4)(a)(vi)(C), and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case, the government shall publish for at least 30 consecutive days at www.forfeiture.gov notice of this preliminary order of forfeiture, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than defendant, having or claiming a legal interest in the above-described forfeited property must file a petition with the Court no later than 30 days after the final date of publication of notice, or of receipt of actual notice, whichever is earlier.

4. The notice shall state that the petition shall be for a hearing to adjudicate the validity of petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of petitioner's acquisition of the right, title, and interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

5. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so noticed.

So ORDERED and SIGNED this 15th day of July, 2025.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE